Anna Y. Park, SBN 164242
Sue J. Noh, SBN 192134
Rumduol Vuong, SBN 264392
Lorena Garcia-Bautista, SBN 234091
Nakkisa Akhavan, SBN 286260
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ALORICA, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:17-cv-01270-LJO-MJS<br><br>**UNOPPOSED EX PARTE MOTION TO STAY CASE PENDING SETTLEMENT DISCUSSIONS AND TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE; DECLARATION OF SUPERVISORY TRIAL ATTORNEY RUMDUOL VUONG; AND PROPOSED ORDER** |

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") submits the following unopposed ex parte motion to stay the case pending settlement discussions with Defendant Alorica, Inc. ("Defendant") and to continue the mandatory scheduling conference, which is currently set for January 25, 2018, to late March 2018.

-1-

On September 22, 2017, the EEOC filed the instant action against Defendant. (*See* Docket No. 1.) On September 22, 2017, the Court issued an order setting the mandatory scheduling conference for January 25, 2018. (Docket No. 3). Pursuant to that Order, the joint scheduling report is due on January 18, 2018, and the parties must meet and confer pursuant to Rule 26(f) by January 5, 2018. *Id.*

Prior to the EEOC incurring costs to serve Defendant and Defendant having to file a responsive pleading, the parties have agreed to engage in settlement discussions. As a result, the parties have scheduled a mediation for January 18, 2018.

Good cause exists to stay the case and continue the mandatory scheduling conference to late March 2018. Staying the case would minimize costs and conserve judicial resources as the parties could divert resource from responsive pleading/motion practice to concentrate on settlement discussions.

Thus, the EEOC respectfully requests an ex parte motion to stay the case and continue the mandatory scheduling conference, and the deadline for the Rule 26(f) conference and the joint scheduling report. Furthermore, the requested continuance will not result in any undue delay or prejudice to either party as the stay would permit the parties to participate in settlement discussions and only push deadlines by two months.

Accordingly, the EEOC requests that this Court stay the case and continue the mandatory scheduling conference, which is currently set for January 25, 2018, at least sixty (60) days following the January 25, 2018 date.

Respectfully submitted,

Date: October 12, 2017                           */s/ Lorena Garcia Bautista*
                                                         Lorena Garcia-Bautista
                                                         Trial Attorney
                                                         U.S. EQUAL EMPLOYMENT
                                                         OPPORTUNITY COMMISSION

## **ORDER**

**FOR GOOD CAUSE SHOWING,** the scheduling conference in this case number 1:17-cv-01270-LJO-MJS is continued from January 25, 2018, to March 29, 2018 at 10:00 a.m. All other provisions of ECF No. 3 remain in full force and effect. Additionally, except as the parties may agree amongst themselves, discovery and all pleading and dispositive motions shall be held in abeyance pending the scheduling conference.

IT IS SO ORDERED.

Dated: October 15, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE