Anna Y. Park, SBN 164242
Sue J. Noh, SBN 192134
Rumduol Vuong, SBN 264392
Lorena Garcia-Bautista, SBN 234091
Nakkisa Akhavan, SBN 286260
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ALORICA, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 1:17-cv-01270-LJO-MJS<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO CONTINUE STAY AND FOR OTHER RELIEF**<br><br>**Respons Pleading: April 13, 2018**<br><br>**Joint Sched Conf Rpt: April 23, 2108**<br><br>**Initial Sched Conf: April 27, 2018, 10:00** |

This Court previously continued the initial scheduling conference in this case from January 25, 2018, to March 29, 2018 and stayed other action in the case to allow the parties to conduct a private mediation on January 18, 2018, all to help the parties avoid unnecessary pleading and litigation. For unknown reasons, the parties then decided to reschedule the mediation and it was continued to March 22, 2018. The Plaintiff, without

-1-

objection from the Defense, now seeks to extend again the scheduling conference to a date three months beyond the new mediation date and give Defendant until May 7, 2018 to file a response to the Complaint.

The parties have not provided, and the court does not find, a reasonable basis for delaying the progress of this case to the extent requested. The Court will, nevertheless, continue the Initial Scheduling Conference from March 29, 2018 to April 27, 2018, at 10:00 AM in the Yosemite Court with the parties invited to participate telephonically. Defendant shall have until April 13, 2018 to respond to the Complaint. The parties shall file their Joint Scheduling report with the Court not later than April 23, 2018.

There shall be **no further continuance** of the above dates and deadlines or stays of proceedings without a showing of good cause based upon presently unforeseeable circumstances.

IT IS SO ORDERED.

Dated: January 29, 2018         /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE