Anna Y. Park, SBN 164242
Sue J. Noh, SBN 192134
Rumduol Vuong, SBN 264392
Lorena Garcia-Bautista, SBN 234091
Nakkisa Akhavan, SBN 286260
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> ALORICA, INC., and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 1:17-cv-01270-LJO-MJS <br><br> **UNOPPOSED EX PARTE MOTION TO EXTEND THE DEADLINE FOR PARTIES TO FILE A CONSENT DECREE; DECLARATION OF TRIAL ATTORNEY LORENA GARCIA-BAUTISTA; AND ORDER** |

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") submits the following unopposed ex parte motion to extend the deadline to file the consent decree.

On September 22, 2017, the EEOC filed the instant action against Defendant. (*See* Docket No. 1.) On March 22, 2018, the Parties attended a successful mediation in which the Parties came to an agreement on the terms of the consent decree. On March 26, 2018, the EEOC

-1-

notified the Court of the Parties' settlement through its notice of settlement and requested thirty days to finalize the language of the consent decree.

Since that time, the Parties have diligently worked towards finalizing the many details of the consent decree, which have included holding teleconferences on March 29, April 9, April 11, and April 17, numerous additional emails, and exchanging drafts of the consent decree and its exhibits. While the Parties have made significant progress, the Parties anticipate that an additional thirty-one (31) days is necessary to not only finalize the language but also obtain the necessary signatures for filing the consent decree.

As such, good cause exists to extend the deadline to file the consent decree, as such action would minimize costs and conserve judicial resources to concentrate on finalizing the consent decree. Furthermore, the requested continuance will not result in any undue delay or prejudice to either party.

Accordingly, the parties request that this Court continue stay of the case and extend the April 27, 2018 deadline to file the consent decree by thirty-one (31) days to May 29, 2018.

Respectfully submitted,

Date: April 17, 2018          */s/ Lorena Garcia Bautista*
                              Lorena Garcia-Bautista
                              Trial Attorney
                              U.S. EQUAL EMPLOYMENT
                              OPPORTUNITY COMMISSION

# **ORDER**

**FOR GOOD CAUSE SHOWING, THIS COURT HEREBY ORDERS THAT**

    Case No.: 1:17-cv-01270-LJO-MJS is stayed and the deadline to file the Consent Decree and other settlement documents shall be extended to May 29, 2018.

IT IS SO ORDERED.

Dated: April 18, 2018          /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE