Anna Y. Park, SBN 164242
Sue J. Noh, SBN 192134
Rumduol Vuong, SBN 264392
Lorena Garcia-Bautista, SBN 234091
Nakkisa Akhavan, SBN 286260
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ALORICA, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 1:17-cv-01270-LJO-SKO<br><br>**JOINT MOTION TO EXTEND THE DEADLINE FOR PARTIES TO FILE A CONSENT DECREE; DECLARATION OF TRIAL ATTORNEY LORENA GARCIA-BAUTISTA; AND ORDER**<br><br>(Doc. 23) |

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") submits the following joint motion to extend the deadline to file the consent decree.

On September 22, 2017, the EEOC filed the instant action against Defendant. (*See* Docket No. 1.) On March 22, 2018, the Parties attended a successful mediation in which the Parties came to an agreement on the terms of the consent decree. On March 26, 2018, the EEOC notified the Court of the Parties' settlement through its notice of settlement and requested thirty

-1-

days to finalize the language of the consent decree. The Court initially set the deadline to file the consent decree to April 27, 2018. (Docket No. 13.) Thereafter, the Court agreed to stay the case and extended the April 27, 2018 deadline to file the consent decree to May 29, 2018. (Docket No. 15.) Per the parties' requests, the Court further agreed to stay the case and extended the deadline to file the consent decree to July 13, 2018. (Docket No. 20.)

During this time, the Parties have diligently worked towards finalizing the many details of the consent decree, which have included meeting in person, holding teleconferences, numerous additional emails, and exchanging drafts of the consent decree and its exhibits. The parties met in person on June 28, 2018 and were able to make significant progress. The Parties need an additional two weeks to finalize the consent decree and to set in motion certain remedies and provisions that the decree would mandate soon thereafter. As such, good cause exists to extend the deadline to file the consent decree, as such action would minimize costs and conserve judicial resources to concentrate on finalizing the consent decree. Furthermore, the requested continuance will not result in any undue delay or prejudice to either party.

Accordingly, the parties request that this Court continue stay of the case and extend the July 13, 2018 deadline to file the consent decree to two weeks or July 27, 2018.

Respectfully submitted,

Date:  July 3, 2018  */s/ Lorena Garcia-Bautista*
Lorena Garcia-Bautista
Trial Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Date:  July 3, 2018  */s/ Michael J. Nader*
Michael J. Nader
Attorney for Defendant Alorica, Inc.

1 | I hereby certify that the content of this document is acceptable to persons required to sign this document, and that I have obtained authorization to affix the electronic signatures of counsel to this document.

*/s/ Lorena Garcia-Bautista*
Lorena Garcia-Bautista

## **ORDER**

Good cause having been shown, **IT IS HEREBY ORDERED THAT** the stay of this case, entered April 18, 2018, (*see* Doc. 15), shall continue to be in effect and the deadline to file the Consent Decree and other settlement documents shall be extended to July 27, 2018.

IT IS SO ORDERED.

Dated: __**July 9, 2018**__  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE